BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Jesus Lopez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-F-09-00299 LJO |
|---|---|---|
| | ) | |
| | ) | FORMAL OBJECTIONS TO |
| Plaintiff, | ) | PRE SENTENCE REPORT |
| | ) | |
| vs. | ) | |
| | ) | |
| JESUS LOPEZ, | ) | DATE: September 24, 2010 |
| | ) | TIME:   9:00 a.m. |
| Defendant. | ) | Hon. Lawrence J. O'Neill |

TO BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, AND TO ELANA S. LANDAU, ASSISTANT U.S. ATTORNEY:

The presentence report (PSR) places the defendant in criminal history category III.  A review of his criminal history reveals that all of his offenses are related to driving and are misdemeanors.  The defendant contends that his criminal history is over-represented and that a downward departure is warranted in this case.  A more appropriate criminal history level would be a level II.  As the probation officer indicates, the defendant did show a certain disregard for the law by driving with a suspended license.  This disregard is being addressed by excluding him from safety valve consideration.  But for his driving with a suspended license he would be in criminal history category one.

September 17, 2010                                              Respectfully submitted

                                                s/s    Barbara Hope O'Neill
                                                       Barbara Hope O'Neill
                                                       Attorney for Jesus Lopez