1 **Woodrow Edgar Nichols, Jr. #142932**
  Attorney at Law
2 2141 Tuolumne, Ste "O"
  Fresno, CA 93721
3 (559) 228-3125

4

5 Attorney for: JESUS LOPEZ

6          **UNITED STATES DISTRICT COURT**
           **EASTERN DISTRICT OF CALIFORNIA**
7
  UNITED STATES OF AMERICA,    )   Case No. I:09-cr-00299-LJO
8                              )
                               )
9           Plaintiff          )   **STIPULATION BY THE PARTIES TO**
                               )   **CONTINUE DATE OF SENTENCING;**
10          vs.                )   **ORDER**
                               )
11 JESUS LOPEZ,                )
                               )
12          Defendant          )
                               )
13

14     The parties for plaintiff UNITED STATE OF AMERICA and
15 defendant JESUS LOPEZ hereby stipulate to continue the date for the
16 sentencing of the defendant from the currently set date of November
17 5, 2010, at 8:15 a.m., in the courtroom of the Hon. Lawrence J.
18 O'Neill, to December 3, 2010, at the same time and place.
19     The reason for said continuance is that defense counsel has
20 recently substituted into the case and hasn't had an adequate
21 amount of time to review the voluminous discovery and is not yet in
22 a position to make a competent formed opinion as to how his client
23 should proceed.  A continuance will not prejudice the government.
24 **It is so stipulated:**
25

26 Dated: November 2, 2010                s/s Woodrow E. Nichols, Jr
                                          WOODROW E. NICHOLS, JR.
27                                        Attorney for Defendant
                                          JESUS LOPEZ
28

```
Dated: November 2, 2010                    s/s Elana S. Landau
                                           BENJAMIN B. WAGNER
                                           United States Attorney
                                           By:
                                           ELANA S. LANDAU
                                           Assistant U.S. Attorney
```

**ORDER**

GOOD CAUSE APPEARING, it is so ordered that the sentencing of Jesus Lopez, currently set for November 5, 2010, at 8:15 a.m., in the courtroom of the Hon. Lawrence J. O'Neill, shall be continued to December 3, 2010, at the same time and place.

IT IS SO ORDERED.

**Dated:   November 2, 2010**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2