1  **Woodrow Edgar Nichols, Jr. #142932**
      Attorney at Law
2      2141 Tuolumne, Ste "O"
       Fresno, CA 93721
3        (559) 228-3125

4

5  Attorney for:  JESUS LOPEZ

6              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
7
   UNITED STATES OF AMERICA,    )   Case No. I:09-cr-00299-LJO
8                               )
                                )
9              Plaintiff        )   **STIPULATION BY THE PARTIES TO**
                                )   **CONTINUE DATE OF SENTENCING;**
10       vs.                    )   **ORDER**
                                )
11 JESUS LOPEZ,                 )
                                )
12             Defendant        )
                                )
13

14      The parties for plaintiff UNITED STATE OF AMERICA and

15 defendant JESUS LOPEZ hereby stipulate to continue the date for the

16 sentencing of the defendant from the currently set date of December

17 10, 2010, at 8:15 a.m., in the courtroom of the Hon. Lawrence J.

18 O'Neill, to December 23, 2010, at the same time and place.

19      The reason for said continuance is that defense counsel's

20 interpreter has caught the flu and is highly contagious, and that

21 she is necessary for my client who has come to trust in her the

22 past.  My client is highly suspicious of the criminal justice

23 system and my interpreter is essential in getting his confusion

24 between the plea agreement with the government and the presentence

25 report, which give different sentencing ranges, cleared up.

26      A continuance will not prejudice the government.

27

28

**It is so stipulated**:

Dated: December 9, 2010				s/s Woodrow E. Nichols, Jr
						WOODROW E. NICHOLS, JR.
						Attorney for Defendant
						JESUS LOPEZ

Dated: December 9, 2010				s/s Elana S. Landau
						BENJAMIN B. WAGNER
						United States Attorney
						By:
						ELANA S. LANDAU
						Assistant U.S. Attorney

## ORDER

    GOOD CAUSE APPEARING, it is so ordered that the sentencing of Jesus Lopez, currently set for December 10, 2010, at 8:15 a.m., in the courtroom of the Hon. Lawrence J. O'Neill, shall be continued to December 23, 2010, at the same time and place.

IT IS SO ORDERED.

**Dated:   December 9, 2010**			  /s/ Lawrence J. O'Neill
						UNITED STATES DISTRICT JUDGE

2