1  **Woodrow Edgar Nichols, Jr. #142932**
          Attorney at Law
2        2141 Tuolumne, Ste "O"
          Fresno, CA 93721
3           (559) 228-3125

4

5  Attorney for: JESUS LOPEZ

6                **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
7
   UNITED STATES OF AMERICA,      )   Case No. I:09-cr-00299-LJO
8                                  )
                                   )
9                Plaintiff         )   **NOTICE OF MOTION AND MOTION TO**
                                   )   **WITHDRAW THE PLEA; DECLARATION**
10           vs.                   )   **OF WOODROW E. NICHOLS, JR.**
                                   )
11 JESUS LOPEZ,                    )   Time: 10:30 a.m.
                                   )   Date: Jan. 14, 2011
12               Defendant         )   Place: Courtroom 4
                                   )   Honorable Lawrence J. O'Neill
13 _____

14      NOTICE IS HEREBY GIVEN that on January 14, 2011, at 10:30

15 a.m., defendant JESUS LOPEZ, through his attorney of record will

16 move this court for an order to withdraw the pleas pursuant to

17 Federal Rules of Criminal Procedure, Rule 11(d)(B)(2).

18      The reason for said motion is that defendant has a "fair and

19 just reason" to withdraw his plea, U.S. v. Ruiz, 257 F.3d 1030 (9th

20 Cir. 2001), in that when he entered said plea, he entered it with

21 the understanding that he was only going to get a maximum sentence

22 of ten years.  Mr. Lopez alleged in open court on December 23,

23 2010, that he was guilty and was responsible for his crime but that

24 he felt he was facing more time than indicated in his plea.

25 Moreover, he further alleged that when he accepted the plea before

26 the Honorable Judge Oliver Wanger, his prior attorney, Barbara

27 O'Neill, allegedly told him that he should just say "yes" to

28 everything because he was only going to get ten years.

1    Defendant requests an evidentiary hearing to get behind these
2 allegations.  Ms. O'Neill has been notified and has promised to
3 show up for the hearing at the proper date and time.
4    This motion is based on the notice of motion and motion to
5 withdraw the plea, on all court records, and all evidence, both
6 oral and documentary, admitted at the hearing on the motion, and on
7 any evidence or authority submitted in a supplementary filing.
8 DATE: January 4, 2011

                                    Respectfully submitted,


                                    /s/ Woodrow E. Nichols, Jr.
                                    Woodrow E. Nichols, Jr.
                                    Attorney for Defendant
                                    JESUS LOPEZ

**DECLARATION OF WOODROW E. NICHOLS, JR. IN SUPPORT**

   I, Woodrow E. Nichols, Jr., do hereby declare that I represent JESUS LOPEZ in the present case.

   That I had some problem communicating the fact to my client that the court faces several options at sentencing, and that the U.S. Attorney's recommendation for a sentence range in the plea agreement is only one of them.

   That I believed I had communicated this sufficiently to my client and was ready to proceed with sentencing on December 23, 2010, when my client interrupted me to make a statement that although he knew he was guilty and deserved to be punished, he

1  thought the range he was facing was more than he agreed on when he
2  took the plea, and the only reason he took it was because his
3  attorney, Barbara O'Neill, had told him to just say "yes" to
4  everything for the highest sentence he was going to get was ten
5  years.
6      That because he made these statements in open court before
7  your Honor, you felt obligated to proceed with a motion to withdraw
8  the plea, finding that there was a fair and just reason.  I
9  reluctantly agreed to make one for my client, since I believe the
10 plea agreement with the government is a good one and don't want to
11 jeopardize the sentencing.
12     That if the motion is denied, I would request that my client
13 be returned to the status he was before and that his statements
14 won't interfere with a just sentence.
15     I declare under penalty of perjury that the above is true and
16 correct and that this declaration was executed on January 4, 2011,
17 in Fresno, California.

                                        /s/ Woodrow E. Nichols, Jr.
                                        Woodrow E. Nichols, Jr.