UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
EASTERN DISTRICT

FILED

MAY   4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Jesus R. Lopez,

        Petitioner,

vs

United States of America,

        Respondent

Civil Action #: _____

OTHER RELATED CASE #:
1:09 CR00299-004

BEFORE THE HONORABLE: LAWRENCE O'NEILL

## MOTION FOR EXTENSION OF TIME TO FILE MOTION TO VACATE OR AMEND A SENTENCE PURSUANT TO 28 U.S.C. § 2255

NOW COMES, Jesus R. Lopez, hereinafter "Petitioner Lopez", and seeks a Judgement and Order granting him an extension of time in which he may file his Petition to set aside, vacate, or correct his sentence pursuant to 28 U.S.C. § 2255.

Since September of 2011, Petitioner Lopez has attemptd to obtain his legal records from his counsel. Petitioner Lopez has written several letters to his counsel and the California State Bar in an attempt to recover the same. The copies of correspondence are aptly attached and marked as Follows:

1.) September 4, 2011 - Letter to the Office of the Clerk, Eastern District
Exhibit "A"
2.) October 20, 2011 - Letter to Mario Disalvo, Attorney at Law
Exhibit "B"
3.) November 11, 2011 - Letter to the State Bar of California
Exhibit "C"
4.) December 5, 2011 - Letter to Mario DiSalvo, 2nd request for legal file
Exhibit "D"
5.) December 30, 2011 - Letter to State Bar of California, 2nd letter
Exhibit "E"

Dated this the _27_ day of April, 2012.

_Jesús R. López_

Jesus Lopez, pro se
Reg. # 64596-097
FCI-Elkton
P.O. Box 10
Lisbon, Ohio 44432


## ATTESTATION


I, Jesus Lopez, hereby attest that the statements contained in this
Motion for Extension of Time, are both true and accurate and based upon
personal knowledge and life experiances, except those that contain the
caveat of "upon information and belief" and those are believed to be
true. These statements are mede under the penalty and pains of perjury,
pursuant to 28 U.S.C. § 1746.


_Jesús R. López_

Jesus Lopez, pro se

EXHIBIT "A"

September 4, 2011- Letter to the Office of the Clerk, Eastern District

"A",

September 4, 2011

*Noviembre 4/2011   estedia Semando*

Mr. Jesus Lopez
Reg. No. 64596-097
Federal Correctional Institution
Post Office Box 10 (FCI Elkton)
Lisbon, OH 44432-001

Office Of Clerk
U.S. District Court
Robert E. Coyle U.S. Courthouse
2500 Tulare St., Rm. 1501
Fresno. CA 93721

Dear Clerk:

Will you please send me the following so I can file a collateral motion (§2255).

3 copies of the 28 U.S.C. §2255 forms

A copy of the local rules for the filing of such form

2 Forma pauperis forms

Thank you very much for your assistance on the above requeted matter.

Respectfully submitted,

*Jesus López*

JESUS LOPEZ

(1) indictment
(2) Judgment and Commitment order
(3) presentence report
(4) Sentencing memorandum submitted by Defense counsel objecting to the presentence Report and all government responses
(5) plea agreement if adjudged through Plea of guilty
(6) plea transcript

EXHIBIT "D"

Letter to Mario DiSalvo, 2d request for legal file

JESUS LOPEZ, REG.# 64596-097
FCI-ELKTON
P.O. BOX 10
LISBON, OHIO 44432


DECEMBER 5, 2011


MARIO DISALBO
ATTORNEY AT LAW
1,332 EAST OLIVE STREET
Fresno, California
    RE: 2ND REQUEST FOR LEGAL MATERIALS

Dear Mr. Disalbo:
    I wrote to you on October 20,2011 and requested that you please send
copies of my requested legal materials. Since that time, I have heard nothing,
nor have i been contacted by your office. Accordingly, I request the following:

        1) A Copy of my Indictment
        2) A Copy of my Plea Agreement
        3) A Copy of my PSR
        4) A Copy of the Objections to the PSR
        5) A Copy of my Judgement and Commitment
        6) A Copy of my Sentencing Transcripts

    As you are aware, I am seeking to file for past conviction relief and
these documents are essential to my being able to adequetley prepare. There
is also a time limit to my ablity to file so these additional delays are
severely cutting into my time to file. Therefore, I request that you comply
with this request in a timely fashion.

    I thank you in advance for your assistance as your cooperation is both
expected and appreciated.

Sincerly,

Jesus R. Lopez
Jesus Lopez


cc: File/2nd REQUEST

Exhibit . B

1:09 CR00299-004

EXHIBIT "E"

December 30, 2011 - Letter to the State Bar of California, 2d letter

"E"

State Bar of California          December 30, 2011
555 Franklin Street
San Francisco, CA 94102
Re: California, Attorney, Mario Disalbo,
1332 E. Shine Avenue
Fresno, CA 93728

Dear Counselor:
        The above attorney, represented me in,
USA vs. Jesus Lopez, 1:09-CV-00299-004.

        The attorney, Mario Disalbo, 1332 E. Shine
Avenue, Fresno, CA 93728 was appointed To
represent me, in The above matter.
        Upon Conclusion of The Criminal Case, Attorney
Disalbo, did not File Notice of Appeal. The Time To
File my Post Conviction Collateral Attack, Pursuant
To 28 USC § 2255 is fast approaching.

        Attorney, Disalbo, has not Provided me with
Copies of my discovery File, and such material is
needed To adequately Prepare and attack my Conviction.

        Please Find enclosed Two Prior request to
The attorney, For specify Pleading's needed,
To Complete The Task.

Page 2.

Therefore, I Petition The State Bar assistance, in obtaining document's listed in exhibit A-B herein. attached., From The attorney. listed in this Grievance.

With This, I remain.
Sincerely,
/s/ Jesus R. López

Res. No 64596-097

FCI Elkton
Post Office Box 10
Lisbon, Ohio 44432

EXHIBIT "F"

January 19, 2012 - Copy of postcard from Office of Chief Tr. Counsel

"F"

OFFICE OF CHIEF TRIAL COUNSEL/INTAKE
The State Bar of California
1149 South Hill Street
Los Angeles, CA  90015-2299

$ 00.29°

MAILED FROM ZIP CODE 90015

*Jesus Lopez*
Name

*64596-097  FCI Elkton*

*Po Box 10*
Street

*Lisbon*          *OH*   *44432*
City              State  Zip

**EXHIBIT "G"**

February 1. 2012 - Copy of letter from California State Bar 12-964

Re:   Mario DiSalvo



**THE STATE BAR**
**OF CALIFORNIA**

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE
Dane Dauphine, Assistant Chief Trial Counsel

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

TELEPHONE: (213) 765-1000
FAX: (213) 765-1168
http://www.calbar.ca.gov

February 1, 2012

Jesus R. Lopez, #64596-097
P.O. Box 10
Lisbon, OH 44432

RE:  Inquiry Number:      12-964
     Respondent:          Mario DiSalvo

Dear Mr. Lopez:

An attorney for the State Bar's Office of the Chief Trial Counsel has reviewed your complaint against
Mario DiSalvo to determine whether there are sufficient grounds for proceeding to prosecute a possible
violation of the State Bar Act and/or Rules of Professional Conduct.

You have alleged that you have discharged Mario DiSalvo and have requested your client file but that he
has not released your documents to you. You also stated that Mr. DiSlavo did not file a Notice of
Appeal after the conclusion of your case. We hope to resolve this matter by bringing your complaint to
the attorney's attention.

We have advised Mr. DiSalvo to contact you within ten (10) working days from the date of this letter, to
make arrangements to return your client file. Under the Rules of Professional Conduct, the attorney is
not required to mail or deliver the file to you. You and the attorney must decide whether the file will be
mailed or picked up from the attorney's office, either by yourself or someone whom you authorize to
pick up the file for you.

Please note that it may not be required of your criminal defense attorney to file a Notice of Appeal. If
you want to complain about Mr. DiSalvo's performance on your criminal matter you may raise the issue
with the court where your case was heard. However, without a prior court finding that Mr. DiSalvo
committed misconduct, your complaint may not warrant action against Mr. DiSalvo.

Should Mr. DiSalvo fail to contact you within the specified time, please contact the Intake Unit of the
State Bar of California at: 1149 S. Hill Street, Los Angeles, CA 90015, (213) 765-1200. At that time,
we will determine if further action is needed.

Unless we are notified the attorney has not made your client file available, your complaint will remain
closed.

Thank you for bringing your concern to the attention of the State Bar.

Very truly yours,

Jean Cha
Deputy Trial Counsel

ab

EXHIBIT "H"

February 10, 2012 - Letter to State Bar of California

JESUS LOPEZ, REG.# 64596-097
FCI-ELKTON
P.O. BOX 10
LISBON,OHIO 44432

February 10, 2012

The State Bar of California
1149 South Hills Street
Los Angeles, CA 90015-2299

  RE: Inquiry # 12-964
  Respondent: Mario Disalvo

Dear Mrs. Cha:

  First, I would like to state that I am incredibly relieved that you
have responded to my emergency. It is imperative that I gain control of these
records in an expediate fashion as I am on the clock.

  I am not sure why there has been a breakdown in communication with Mr.
Disalvo. Due to conflicts of interest between my family members and the
very sensitive nature of how this all came about, I really need to have this
file mailed to me, at of course, my expense.

  I will contact you again, if I do not hear from Mr.Disalvo in 10 days.
I once again, thank you for your assistance in this matter, and re-state my
deepest gratitude for your assistance.

Sincerely,


Jesus Lopez


Cc:file
  Mario Disalvo

EXHIBIT "I"


February 10, 2012 - Letter to Mario DiSalvo (3rd Communication) RE: file

"·I'  ·

JESUS LOPEZ REG.# 64596-097
FCI-ELKTON
P.O. BOX 10
LISBON, OHIO 44432


February 10, 2012


Mario Disalvo
Attorney at Law
1322 East Olive Street
Fresno, California 93721

    RE: Reciept of file

Dear Mr.Disalvo;

    I hereby request that you mail the contents of my file, via Certified Mail to the address located atop of this letterhead. I make this request due to the sensitive nature of my file and allegations contained in. To state my concern clearly, I ask that under "no circumstances" do you release the file to anyone but me.

    Thank you in advance for your help.

Sincerely,


Jesus Lopez


Cc:file

EXHIBIT "J"

February 13, 2012 - Copy of letter form California State Bar



**THE STATE BAR
OF CALIFORNIA**

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE
Dane Dauphine, Assistant Chief Trial Counsel

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

TELEPHONE: (213) 765-1000
FAX: (213) 765-1168
http://www.calbar.ca.gov

February 13, 2012

Jesus R. Lopez, #64596-097
P.O. Box 10
Lisbon, OH 44432

RE:    Inquiry Number:      12-964
       Respondent:          Mario DiSalvo

Dear Mr. Lopez:

I'm writing to supplement the February 1, 2012 letter that I sent to you. You are not entitled to your entire file. There are certain documents that may be redacted or omitted because of the nature of the criminal matter.

It turns out that your attorney is not Mario DiSalvo.

Your attorney is actually Woodrow Edward Nichols, (559) 228-3125. Please designate an attorney to retrieve a copy of your file and contact Mr. Nicholas to make arrangements to retrieve the file. If you do not have counsel, then Mr. Nichols can provide a copy of your file to the person you designate. Please write to him at

> Woodrow Nichols, Jr., Esq.
> 2141 Tuolumne St
> Ste "O"
> Fresno, CA 93721

Thank you for bringing your concern to the attention of the State Bar.

Very truly yours,

Jean Cha
Deputy Trial Counsel

OFFICE OF CHIEF TRIAL COUNSEL/INTAKE
The State Bar of California
1149 South Hill Street
Los Angeles, CA 90015-2299





0 2 1M                 $ 00.32⁰
000 4262646     APR 03  2012
MAILED FROM ZIP CODE 90015

Name

Lopez, Jesus #64596-097
FCI-ELTON
P.O. Box 10
Lisbon, OH 44432

Street

City                              State        Zip

EXHIBIT "K"

February 23, 2012 - Letter to Woodrow Nichols, 1st request

JESUS R. LOPEZ, REG. #64596-097
FCI-Elkton
Lisbon, Ohio 04432

February 23, 2012

Woodrow Nichols, Jr. Esq.
2141 Tuolumne Street
Suite 0
Fresno, CA 93721

RE: Release of records

Dear Mr. Nichols:

I am writing you in effort to obtain a complete copy of my file.
Specifically I need a copy of my indictment, plea agreement sentencing
transcripts, and dispotive motions to suppress. Also it is imperative
that I receive copies of "all" discovery related to my file.

I am without counsel and I ask that you release this file by mailing
a complete copy to me at the above captioned address. Timing is of the
essence and I thank you in advance for your assistance and cooperation.

Sincerely,

Jesus Lopez

Cc. File
Encl: California Bar Letter-dated 2.13.2012

EXHIBIT "J"


March 22, 2012- Letter to California State Bar, 12-964

JESUS LOPEZ, REG. #64596-097
FCI-ELKTON
P.O. BOX 10
Lisbon, Ohio 44432


March 22, 2012


The State Bar of California
1149 South Hills Street
Los Angeles, CA 90015-2299

    RE: Inquiry #12-964

Dear Mrs. Cha:

    On February 23, 2012 I wrote to Mr. Woodrow Nichols Jr. regarding
the release of my records. These records are imperative to my pose conviction
relief time frame. To date, I have yet to receive the requested paperwork.
As such, I need the Bar Associations help more then ever. I request that
you compel Mr. Nichols to forward my records to me.

    I am enclosing a copy of the letter to Mr. Nichols dated 2.23.2012
and the letter of March 22, 2012. Please respond to me at your earliest
convenience.

    Sincerely,


    Jesus Lopez


Cc. file/Mr. Woodrow Nichols Jr.

EXHIBIT K-1"

JESUS LOPEZ, REG. #64596-087
FCI-ELKTON
P.O. BOX 10
Lisbon, Ohio 44432


March 22, 2012


Woodrow Nichols, Jr. Esq.
2141 Tuolumne Street, Suite 0
Fresno, CA 93721

RE: 2nd request for release of records

Dear Mr. Nichols:

Previously, on February 23, 2012, I wrote to you regarding obtaining a complete copy of my file and the release of my records. I cannot begin to state how important this request for records is as my time frame for post conviction relief is running out. I have asked for these records from the California Bar Association and have been instructed that you are the custodian of such.

I am without counsel and representing myself at this point. As my records are obviously "sensative," I request that you only release them to me by mailing them to me. Timing is of the essence.

Sincerely,


Jesus Lopez


Cc. file/California Bar

EXHIBIT "M"



**THE STATE BAR OF CALIFORNIA**

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE
Dane Dauphine, Assistant Chief Trial Counsel

TELEPHONE: (213) 765-1000
FAX: (213) 765-1168
http://www.calbar.ca.gov

April 13, 2012

Jesus Lopez, #64596-097
FCI- ELKTON
P.O. Box 10
Lisbon, OH 44432

RE:     Inquiry Number:      12-07174
        Respondent:          Woodrow Nichols

Dear Mr. Lopez:

An attorney for the State Bar's Office of the Chief Trial Counsel has reviewed your complaint against
Woodrow Nichols to determine whether there are sufficient grounds for proceeding to prosecute a
possible violation of the State Bar Act and/or Rules of Professional Conduct.

You have alleged that you have discharged Woodrow Nichols and have requested your client file but
that he has not released your documents to you. We hope to resolve this matter by bringing your
complaint to the attorney's attention.

We have advised Mr. Nichols to contact you within ten (10) working days from the date of this letter, to
make arrangements to return your client file. Under the Rules of Professional Conduct, the attorney is
not required to mail or deliver the file to you. You and the attorney must decide whether the file will be
mailed or picked up from the attorney's office, either by yourself or someone whom you authorize to
pick up the file for you.

Should Mr. Nichols fail to contact you within the specified time, please contact the Intake Unit of the
State Bar of California at:  1149 S. Hill Street, Los Angeles, CA 90015, (213) 765-1200. At that time,
we will determine if further action is needed.

Unless we are notified the attorney has not made your client file available, your complaint will remain
closed.

Thank you for bringing your concern to the attention of the State Bar.

Very truly yours,

Cecilia M. Horton-Billard
Senior Trial Counsel

/cn

EXHIBIT "N"

JESUS LOPEZ, REG. # 64596-097
FCI-Elkton
P.O. Box 10
Lisbon, Ohio 44432


April 21, 2012


Woodrow Nichols, Jr. Esq.
2141 Tuolumne Street, Suite 10
Fresno, CA 93721

RE: 3rd request for release of records

Dear Mr. Nichols:

Previously, I wrote to your office on both February 23, 2012 and March 22, 2012 requesting a copy and release of my legal records. I am enclosing copies of both letters with this stated communication for your review. Accordingly, I renew and re-incorperate my interest and request.

Sincerely,

Jesus Lopez

Cc: file/California State Bar

EXHIBIT " O"

JESUS LOPEZ, REG. # 64596-097
FCI-Elkton
P.O. Box 10
Lisbon, Ohio  44432


April 23, 2012


The State Bar of California
1149 South Hill Street
Los Angeles, CA 90015-2299
Attention: Mrs. Cecilia M. Horton-Billard

     RE: 12-07174/Woodrow Nichols

Dear Mrs. Horton-Billard:

     I am in receipt of your letter of 4-12-2012 and I thank you for your attempt to resolve this matter. To date, I have not heard from Mr. Nichols and I am enclosing for your records and review a copy of the 3rd communication regarding my legal files.

     As I have constantly avered in all of my communications with the Federal Clerk of Court, Mario Disalbo, The State Bar of California and Mr. Nochols, I am in desperate need of my records as they pertain to my "TIMELY" filing for post-conviction relief.

     I request that you please assist me in this matter. I am filing a Motion for Extension of Time with the Federal Court in an effort to preserve my time-frame. It is imperative that I obtain my records and I must note that I am not fluent in English and that I require assistance to communicate as such. I am completely and utterly reliant upon the same and your efforts.

     Thank you in advance for your assistance and your cooperation.

Sincerely,

Jesus Lopez,


Cc: Woodrow Nichols/file

EXHIBIT "P"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
EASTERN DISTRICT

Jesus Lopez,                      §
                                  §
                Petitioner,       §        Civil Action #: _____
                                  §
vs                                §              OTHER RELATED CASE#:
                                  §              1:09 CR00299-004
United States of America,         §
                                  §
                Respondent        §        BEFORE THE HONORABLE: LAWRENCE O'NEILL
                                  §

## AFFIDAVIT OF JESUS LOPEZ

NOW COMES, Jesus Lopez and gives this affidavit without promise of
reward, free of stress and duress, of sound mind mind and body, lawful
age, and on a completely willing and voluntary basis. The statements con-
tained within are made under the penalty and pains of perjury, pursuant
to 38 U.S.C. § 1746. Jesus Lopez hereby avers that:

   1.) That I am a Mexican National with a limited understanding of English.
   Specifically, I speak broken English and I cannot read English. Often, I
   require an interpreter and I always require assistance with legal documents.
   2.) I have made a valiant attempt at procuring my legal files in relation to
   case # 1:09-CR00299-004 in an effort to file a Motion for Appropriate Relief
   pursuant to 28 U.S.C. § 2255.
   3.) To date, I have not recieved any of the required requested records.
   4.) There are serious grounds for relief available to me and I am seeking
   to abide by all rules and regulations to the aforementioned filing.

Further this affidavit sayeth not.

Dated this the _27_ day of April, 2012.

                              _Jesus R. Lopez_
                              Jesus Lopez, Petitioner, pro se
                              Reg. # 64596-097
                              FCI-Elkton, P.O. Box 10
                              Lisbon, Ohio 44432

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
EASTERN DISTRICT

Jesus Lopez,                    §
                               §
            Petitioner,        §        Civil Action #: _____
                               §
vs                             §            OTHER RELATED CASE #:
                               §            1: 09 CR00299-004
United States of America,      §
                               §
            Respondent,        §        BEFORE THE HONORABLE: LAWRENCE O'NEILL
                               §

## CERTIFICATE OF SERVICE

On, _27_ day of April, 2012, I, Jesus Lopez, did place a true and
accurate copy of this Motion for Extension of Time, in the United States
Mail, postage pre-paid for delivery to:

The Clerk of Court
United States District Court
For the Eastern District of California
2500 Tulane Street, Wuite 4401
Fresno, CA 93721

_Jesus R. Lopez_

Jesus Lopez, Petitioner, pro we
Reg.# 64596-097
FCI-Elkton
P.O. Box 10
Lisbon, Ohio 44432