1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8

9

10

11

12

13

14

JESUS LOPEZ,

                   Movant,

    v.

UNITED STATES OF AMERICA,

                   Respondent.

1:09-cr-00299-LJO

**ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS AND REQUEST FOR CERTIFICATE OF APPEALABILITY**
(Docs. 172, 173)

15

16

17        Jesus Lopez ("Mr. Lopez") is a prisoner in federal custody proceeding pro se.  He previously

18  filed a FED. R. CIV. P. 60(b)(6) motion for relief from judgment which this Court denied.  In the

19  alternative, the Court construed the Rule 60(b)(6) motion as a 28 U.S.C. § 2255 motion to vacate, set

20  aside, or correct sentence and dismissed the motion as untimely.  The Court also declined to issue a

21  certificate of appealability.  Subsequent to this Court's order, Mr. Lopez filed a notice of appeal.

22        Pending before the Court is Mr. Lopez's request to proceed in forma pauperis on appeal and for

23  a certificate of appealability.  Both requests are moot.  "A party who . . . was determined to be

24  financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma

25  pauperis without further authorization."  FED. R. APP. P. 24(a)(3).  Mr. Lopez's counsel for the

26  proceeding in this Court was appointed pursuant to the Criminal Justice Act.  (Doc. 16).  Thus, Mr.

27  Lopez may proceed in forma pauperis on appeal without further authorization.  In addition, this Court

28  previously declined to issue a certificate of appealability.  (Doc. 170).  Accordingly, Mr. Lopez's

1    request is moot.

2

3    IT IS SO ORDERED.

4        Dated:    **January 29, 2014**              **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28