1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. F 09-299 LJO |
|---|---|
| Plaintiff, | **UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; [lodged] ORDER** |
| v. | |
| JESUS LOPEZ, | |
| Defendant. | Judge:  Honorable LAWRENCE J. O'NEILL |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's December 17, 2014 order be extended to **February 20, 2015**.  The undersigned is awaiting a response from Mr. Lopez.  Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated:  January 20, 2015

                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

                                                    /s/ *David M. Porter*
                                                    DAVID M. PORTER
                                                    Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of December 17, 2014, may be filed on or before February 20, 2015.

IT IS SO ORDERED.

Dated:   **January 20, 2015**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE