John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorneys for Defendant
JESUS LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:09-CR-0299-LJO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JESUS LOPEZ, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Hon. Lawrence J. O'Neill |

   Defendant, JESUS LOPEZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen Servatius, hereby stipulate as follows:

   1.   In a Memorandum Decision filed November 1, 2016, the Ninth Circuit vacated the district court's order granting defendant Jesus Lopez's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) from 188 to 151 months and remanded for resentencing.  The Ninth Circuit held that the district court should have considered defendant's guideline range without its departure from criminal history category III to II.  Thus, "[t]he district court should have used the amended base offense level of 33 paired with the pre-departure criminal history category III, which results in an amended guidelines range [with Amendment 782] of 168 to 210 months." *United States v. Lopez*, No. 15-10406 (9th Cir. Nov. 1, 2016), at 2.

   2.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

Stipulation and Order Re: Sentence Reduction                    1

based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

3. On January 14, 2011, this Court sentenced Mr. Lopez to a term of 188 months imprisonment after he had pled guilty to possession with intent to distribute methamphetamine in Count 5; Count 1 was dismissed;

4. The Court found his total offense level was 35, his criminal history category was III, and the resulting guideline range was 210 to 262 months; and the court departed down from criminal history category III to II and sentenced Mr. Lopez at the low end of the resulting 188 to 235 months guideline range.

5. The sentencing range applicable to Mr. Lopez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

6. Mr. Lopez's total offense level has been reduced from 35 to 33, and his amended guideline range is 168 to 210 months, and a corresponding low end sentence would be reduced to 168 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lopez's term of imprisonment to a term of 168 months.

Respectfully submitted,

Dated:  December 1, 2016                          Dated:   December 1, 2016

PHILLIP TALBERT
Acting United States Attorney


 /s/ *Kathleen A. Servatius*                             /s/*John Balazs*
KATHLEEEN A. SERVATIUS                      JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                    Attorney for Defendant
UNITED STATES OF AMERICA              JESUS LOPEZ

**ORDER**

This matter comes before the court on remand from appeal of the district court's order granting defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lopez is entitled to the benefit of Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 168 to 210 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2011 is reduced to a term of 168 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an AO Form 247 reflecting the above reduction in sentence, and shall serve certified copies of the AO Form 247 on the United States Bureau of Prisons and the United States Probation Office.

If not deported and unless otherwise ordered, Mr. Lopez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **December 1, 2016**            /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE