AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

EASTERN   District of   CALIFORNIA

|  |  |
|---|---|
| United States of America | ) |
| v. | ) Case No: 1:09-CR-00299-004 LJO |
| JESUS LOPEZ | ) |
|  | ) USM No: 64596-097 |
| Date of Original Judgment: 01/14/2011 | ) |
| Date of Previous Amended Judgment: | ) John Balazs |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of            188            months **is reduced to**            168 months            .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated            01/14/2011            shall remain in effect.
**IT IS SO ORDERED**.

Order Date:            12/01/2016            | /s/ Lawrence J. O'Neill
                                                          *Judge's signature*

Effective Date:            11/01/2015            | Honorable Lawrence J. O'Neill, District Court Judge